861 A.2d 259

**Frank NELLOM**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE.**

Supreme Court of Pennsylvania.

Oct. 19, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of October, 2004, the Order of the Commonwealth Court is hereby **AFFIRMED.**